# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Otero, Samuel J. | United States District Court | 08/27/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge, Active | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☑ Amended Report | 01/01/2018 **to** 12/31/2018 |

**7. Chambers or Office Address**

350 West 1st Street
Suite 4311, Room 10150
Los Angeles, California 90012

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member/Officer | Judge Michel Intellectual Property American Inn of Court |
| 2. | Board Member | Association of Business Trial Lawyers |
| 3. | Executor | Family Estate |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2003 | California Judges Retirement Plan; Pension Upon Retirement, Age 63 |
| 2. 1988 | Los Angeles Employees Retirement Plan; Pension Upon Retirement, Age 55 |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Otero, Samuel J. | 08/27/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. 01/2018 | Los Angeles Employee Retirement Pension | $19,391.00 |
| 2. 01/2018 | California State Judges Retirement | $98,039.00 |
| 3. 01/2018 | Social Security Benefits | $19,614.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 01/2017 | Los Angeles Unified School District |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Association of Business Trial Lawyers | 04/13/2018 to 04/15/2018 | San Diego, California | ABTL Joint Board Retreat | transportation, lodging, food, registration fee |
| 2. | Administrative Office of the U.S. Courts | 08/26/2018 to 08/29/2018 | Santa Fe, New Mexico | Retirement and Senior Status Planning Program | transportation, lodging, food |
| 3. | Federal Judicial Center | 09/12/2018 to 09/14/2018 | Malibu, California | Mediation Skills Workshop | transportation and incidentals |
| 4. | Association of Business Trial Lawyers | 10/09/2018 to 10/14/2018 | Maui, Hawaii | ABTL Annual Seminar | transportation, lodging, food, registration fee |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Otero, Samuel J.** | 08/27/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1.   Los Angeles IP Inn of Court | Membership | $850.00 |
| 2.   Association of Business Trial Lawyers | Membership | $95.00 |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1.   Wells Fargo | Mortgage (investment property) | O |
| 2.   Union Bank | Mortgage (investment property) | O |
| 3.   U.S. Bank | Mortgage (investment property) | O |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Otero, Samuel J.** | 08/27/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Aviva Life Insurance Strategy Select | A | Dividend | K | T | | | | | |
| 2. Great American Life Insurance (Y) | | | | | | | | | |
| 3. Ford Motor (X "common" brokerage acct. #2) | A | Dividend | J | T | | | | | |
| 4. Chase Bank Account Joint | A | Interest | J | T | | | | | |
| 5. L.A. Federal Credit Union Accounts | A | Interest | M | T | | | | | |
| 6. California Credit Union | A | Interest | J | T | | | | | |
| 7. OPG LLC Edgecliff Real Property (Los Angeles, CA) X | E | Rent | O | W | | | | | |
| 8. OPG Holdings LLC Lafayette Real Property (Los Angeles, CA) X | E | Rent | O | W | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

My 2018 report is amended as follows.

Part VII, line 2 listed "Great American Life Insurance." This was a Life Insurance Policy covering my wife when she was employed as a teacher with Los Angeles Unified Schools. My wife has since retired and the Policy is no longer in place. This Policy was incorrectly reported in Part VII.

| Name of Person Reporting | Date of Report |
|---|---|
| Otero, Samuel J. | 08/27/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Samuel J. Otero**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544